DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRECENCIO URBINA-ZARATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00241 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | Date: July 24, 2008 |
| CRECENCIO URBINA-ZARATE, | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, CRECENCIO URBINA-ZARATE, that the Status Conference hearing date of July 3, 2008, is vacated and a new Status Conference hearing date of July 24, 2008, at 9:00 a.m. is hereby set.

Defense counsel is waiting for the pre-plea presentence report, which is in the process of being prepared and will need additional time to review it.

///

///

1    It is further stipulated that the period from July 3, 2008,
2 through and including July 24, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated:  July 1, 2008                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Mary M. French
                                         MARY M. FRENCH
                                         Supervising Assistant
                                         Federal Defender
                                         Attorney for Defendant
                                         CRECENCIO URBINA-ZARATE

Dated:  July 1, 2008                     MCGREGOR W. SCOTT
                                         United States Attorney


                                         /s/ Mary M. French for
                                         DANIEL S. McCONKIE
                                         Assistant U.S. Attorney
                                         per telephonic authorization




IT IS SO ORDERED.

 Dated: July 2, 2008

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE




Stip and Order                           2